IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>LUIS J. RODRIGUEZ,<br>Defendant. | INFORMATION<br><br>Crim. No. 25–461 (ADC)<br><br>Violation:<br><br>18 U.S.C. § 641 |

**INFORMATION**

The United States Attorney charges:

**COUNT 1**
THEFT OF GOVERNMENT PROPERTY
18 U.S.C. § 641

On or about April 22, 2025, in the District of Puerto Rico, the defendant **LUIS J. RODRIGUEZ** did willfully and knowingly embezzle, steal, purloin, and knowingly convert to his use property of the United States, and a department and agency thereof (to wit: the Army and Air Force Exchange Service), with the value of such property, in the aggregate, being less than $1,000.00, in that defendant RODRIGUEZ willfully and knowingly concealed items of property of the United States (to wit: three Bath and Body Works "Wallflower" air freshener refill cartridges), these items being things of value, with a store received cost of approximately $3.90 per item, on or about his person, and then leaving the store without rendering proper payment for the said items. All in violation of 18 U.S.C. § 641.

W. STEPHEN MULDROW
United States Attorney

_[signature]_
Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud & Public Corruption Section

_[signature]_
John D. Larkin
Special Assistant United States Attorney

1